UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DIVINE,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>  Defendant. | Case No. 19-cv-01537-RS<br><br>**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION** |

On March 21, 2019, the Magistrate Judge initially assigned to this case granted *pro se* plaintiff Danielle Divine's motion to proceed in forma pauperis. Review of the complaint under 28 U.S.C. § 1915(e)(2)(B) revealed that it consisted of "a long list of what appear to be random statements, pages of miscellaneous citations to laws, treaties, cases and other public documents, and numerous biblical quotations." Report & Rec 1. Based on the absence of any discernable claim and the incoherence of the complaint, the Magistrate Judge recommends dismissal without leave to amend.

No objection to this recommendation has been received and the time for raising an objection has passed. Accordingly, the Report and Recommendation issued on March 25, 2019 is granted in part. Divine's complaint is dismissed for failure to state a claim for relief. In light of Divine's *pro se* status, however, she is granted leave to amend her complaint. Should she wish to submit an amended complaint, she must do so no later than May 24, 2019. Failure to submit an amended complaint by that date will result in dismissal of this action without further notice.

Divine may wish to seek assistance from the Legal Help Center, a free service offered by

the Bar Association of San Francisco, by calling 415-782-8982 or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. There is also a Legal Help Center in Oakland, located on the 4th Floor, Room 470S, of the United States Courthouse, 1301 Clay Street, Oakland. At the Legal Help Center, Divine will be able to speak with an attorney who may be able to provide basic legal help but not representation.

**IT IS SO ORDERED**.

Dated: April 17, 2019

_____
RICHARD SEEBORG
United States District Judge