UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE DIVINE,<br>　　　　Plaintiff,<br>　　v.<br>STATE OF CALIFORNIA,<br>　　　　Defendant. | Case No. 19-cv-01537-RS<br><br>**ORDER DISMISSING CASE** |

On March 19, 2019, pro se plaintiff Danielle Divine filed a complaint and motion to proceed in forma pauperis ("IFP"). The Magistrate Judge assigned to the case granted the IFP application but issued a Report and Recommendation advising dismissal of the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). That Report and Recommendation was adopted on April 17, 2019. The case was dismissed without prejudice, and Divine was given leave to file an amended complaint by May 24, 2019. Because that deadline has long passed and Divine has not filed an amended complaint, the case is dismissed with prejudice. The Clerk is hereby instructed to close the case.

**IT IS SO ORDERED**.

Dated: September 16, 2019

_____
RICHARD SEEBORG
United States District Judge